**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                            CHAPTER 11

BAYOU SHORES, SNF, LLC                  CASE NO.:  8:14-bk-09521-MGW

                                                   *EMERGENCY HEARING REQUESTED*
                        Debtor.                   *ON AUGUST 21, 2014*

_____/

**MOTION OF THE DEBTOR-IN-POSSESSION**
**FOR AUTHORITY TO USE CASH COLLATERAL**

**AND**

**CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING**

Bayou Shores, SNF, LLC ("Bayou Shores" or the "Debtor"), as the debtor and debtor-in-possession, files this motion ("Motion") pursuant to 11 U.S.C. § 363(c)(2) and Federal Rule of Bankruptcy Procedure 4001(b)(1) for entry of an order authorizing the Debtor to use cash collateral, and states as follows in support:

**Jurisdiction**

1.      The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is properly in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for the relief requested herein are §§ 361 and 363 of the Bankruptcy Code and Rules 2002 and 4001 of the Federal Rules of Bankruptcy Procedure.

**Background**

4.      On August 15, 2014 (the "Petition Date"), Bayou Shores filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.[1]  The Debtor continues its business operations as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

_____

[1] All references herein to the "Bankruptcy Code" refer to 11 U.S.C. §§ 101 *et seq.*

5.      As of the date of this Motion, no creditors' committee has been appointed in this case. Additionally, no trustee or examiner has been appointed.

6.      Bayou Shores is a Florida limited liability company that operates a skilled nursing facility known as the Rehabilitation Center of St. Petersburg (the "Nursing Home") located at 435 42nd Avenue South, St. Petersburg, Florida 33705. The Nursing Home has a total of 159 licensed beds. Many of the Nursing Home's residents have Alzheimer's and other dementias, and/or serious psychiatric conditions such as depression, bipolar affective disorder and schizophrenia.

7.      The Nursing Home participates in the Medicare program pursuant to a provider agreement with the United States Department of Health and Human Services' Centers for Medicare and Medicaid Services ("CMS"). Of the 129 residents currently living in the Nursing Home, 109 are on Medicaid, and 13 are on Medicare. Over the Nursing Home's 17-month history, approximately 91.5% of its total revenues are derived directly from Medicare Part A, Medicare Part B and Medicaid.

**Relief Requested and Basis for Relief Requested**

8.      In order to continue operations and preserve value for all creditors of the Debtor's estate, the Debtor requires the use of cash on hand and future cash to be received in connection with the operation of the Nursing Home (the "Cash Collateral").

9.      Creditor, Synovus Bank ("Synovus") filed a UCC 1 on January 2, 2013, asserting a lien on the Cash Collateral.

10.     The Debtor seeks to use, in whole or in part, funds generated from the Cash Collateral.

11.     The Debtor will require the use of approximately $2,230,792.00 of Cash Collateral to continue and maintain operations for the next eight [8] weeks.

12.     A budget showing estimated income and expenses for the Debtor for the next eight [8] weeks (the "Budget") is attached hereto as Exhibit "A" and is incorporated herein by reference. On the Petition Date, the Debtor had $552,359.47in available cash and $1,378,937.64 in account receivables.

13.     In accordance with the terms of an interim cash collateral order to be negotiated with Synovus, as adequate protection for the use of Cash Collateral, the Debtor proposes to grant Synovus a replacement lien to the same validity, extent, and priority as its prepetition lien, and provide Synovus with regular financial reports, including a summary report of actual cash flows compared to the Budget with explanations of material variances on Friday for the prior calendar week.

WHEREFORE, the Debtor respectfully requests this Court enter an order granting the request for an emergency hearing, the request to use Cash Collateral, and for such other and further relief as is just and proper.

RESPECTFULLY SUBMITTED this <u>19th</u> day of August 2014.

<div style="margin-left:40%;">

<u>/s/ Tiffany D. Payne</u>
Tiffany D. Payne
Florida Bar No 0421448
**BAKERHOSTETLER LLP**
SunTrust Center, Suite 2300
Post Office Box 112
Orlando, Florida 32802-0112
Telephone:  407-649-4000
Facsimile:  407-841-0168
Attorneys for the Debtor

</div>

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                    **CHAPTER 11**

**BAYOU SHORES, SNF, LLC**                 **CASE NO.:  8:14-bk-09521-MGW**

                                          *EMERGENCY HEARING REQUESTED*
              **Debtor.**                  *ON AUGUST 21, 2014*
_____/

**CERTIFICATION OF NECESSITY**
**OF REQUEST FOR EXPEDITED CONSIDERATION**

     I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the matter on an emergency basis.

     *I CERTIFY FURTHER that there is a true necessity for expedited consideration, specifically to prevent damage to the Debtor as a going concern. Operation of the Debtor's business requires the use of Cash Collateral on a daily basis. If the Debtor is not permitted to use Cash Collateral, it will be forced to halt operations, which will result in loss of the value of the business and a reduction in the value of the estate's assets to the detriment of the Debtors' creditors. The Debtor estimates that approximately 15 minutes will be necessary for a hearing on this Motion and that a similar amount of time may be required for a final hearing.  A copy of this Motion was served on Synovus and its counsel.*

     I CERTIFY FURTHER that the necessity of this expedited consideration request has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of Federal Rule of Bankruptcy Procedure 9011 and the consequences of noncompliance with same.

     DATED this 19th day of August, 2014.

                                   /s/ Tiffany D. Payne
                                   Tiffany D. Payne, Esquire

4

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

</div>

IN RE:                                                    **CHAPTER 11**

**BAYOU SHORES, SNF, LLC**                      **CASE NO.:  8:14-bk-09521-MGW**


      **Debtor.**

_____/

<div align="center">

**CERTIFICATE OF SERVICE**

</div>

     **I HEREBY CERTIFY** that a true copy of **DEBTOR-IN-POSSESSION'S EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING,** together with all exhibits, was filed with the Court using the CM/ECF System, which will provide notice via electronic transmission to all parties requesting such notice, and was served via U.S. Class Postage Prepaid Mail to: *(Debtor)* Bayou Shores SNF, LLC, c/o Rehabilitation Center of St. Pete, 435 42nd Avenue South, Saint Petersburg, FL 33705; and all creditors and parties-in-interest on the matrix attached to this Motion. furnished electronically, first class U.S. mail, postage pre-paid and via fax (813-228-2303) to the Denise E. Barnett, Office of the United States Trustee, U.S. Trustee Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602, this 19th day of August 2014.

                                  /s/ Tiffany D. Payne
                                  Tiffany D. Payne, Esquire

Label Matrix for local noticing
113A-8
Case 8:14-bk-09521-MGW
Middle District of Florida
Tampa
Tue Aug 19 15:07:02 EDT 2014

Bayou Shores SNF LLC
c/o Rehabilitation Center of St. Pete
435 42nd Avenue South
Saint Petersburg, FL 33705-4504

Synovus Bank
c/o Baker Donelson, et al.
200 S. Orange Ave.
Suite 2900
Orlando, FL 32801-3448

Michael G. Williamson
Tampa

Accelerated Business
Solutions
2991 Center Port Circle
Pompano Beach, FL 33064-2134

American Creative Inc
5241 NW 33rd Ave
Fort Lauderdale, FL 33309-6302

American Health Associates
15712 SW 41st Street
Suite 16
Davie, FL 33331-1538

Apex Healthcare Partners LLC
21 Robert Pitt Drive
Suite 210
Monsey, NY 10952-5312

Apex Healthcare Systems
21 Robert Pitt Drive
Suite 210
Monsey, NY 10952-5312

Ateek RD, Inc.
P.O. Box 2750
Land O Lakes, FL 34639-7781

BSD Care
2915 Ave K
Brooklyn, NY 11210-4053

Broad and Cassel
Attorneys at Law
215 South Monroe St.
Suite 400
Tallahassee, FL 32301-1804

Care Ride, LLC
4625 East Bay Drive
Suites 105/107
Clearwater, FL 33764-6866

Craig Singleton
51 Auburn St
Largo, FL 33770-1401

Department of Labor and Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee FL 32399 0648

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Direct Supply, Inc.
P.O. Box 88201
Milwaukee, WI 53288-8201

Dr. Sherif Serag MD
1152 62nd Ave. South
St. Petersburg, FL 33705-5620

Dynamic Rehab LLC
368 New Hempstead Rd
#309
New City, NY 10956-1900

Extended Care Services
8452 118th Ave. N
Largo, FL 33773-5007

FAO Printing
5107 Avenue H
Brooklyn, NY 11234-1630

Florida Dept. of Revenue
Sales and Use Tax)
5050 W Tennessee Street
Tallahassee, FL 32399-0125

GFS - Plant City
Dept CH 10490
Palatine, IL 60055-0001

GHC Clinical Consultants LLC
487 Oak Glen Road
Howell, NJ 07731

GHC Fiscal Services
Group LLC
487 Oak Glen Road
Howel, NJ 07731

Gulf Coast Water
Conditioning, Inc.
13075 66 Street North
Largo, FL 33773-1810

HD Supply Facilities
Maintenance
P.O. Box 509058
San Diego, CA 92150-9058

Hallmark Accounting LLC
368 New Hempstead Rd
#309
New City, NY 10956-1900

Home Depot Credit
Services (9271)
Dept. 32-2541869271
PO Box 9055
Des Moines, LA 50368-9055

Horizon Staffing LLC
5001 Ave. I
Brooklyn, NY 11234-1636

Humphrey Law Group
Lakeside Executive Suites
283 Cranes Roost Blvd.
Suite 111
Altamonte Springs, FL 32701-3437

IR Locksmith Inc.
461 12h Ave. N
St. Petersburg, FL 33701-1119

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kings III Of America Inc.
9821)
751 Canyon Dr
Suite 100
Coppell, TX 75019-3857

Koker's Landscaping
984 Sousa Dr.
Largo, FL 33771-1258

Law Offices of Peter A.
Lewis, P.L.
3023 N. Shannon Lakes Drive
Suite 101
Tallahassee, FL 32309-2368

MobilexUSA
PO Box 17462
Baltimore, MD 21297-0518

Moore Stephens Lovelace,
P.A.
701 Brickell Ave
Suite 550
Miami, FL 33131-2813

Nexday Delivery Solutions
Silver Streak Logistics
3012 Ave. L
Suite 22
Brooklyn, NY 11210-4737

Nite Owl Irrigation Inc.
13199 60th St. North
Clearwater, FL 33760-3917

Nu Vista Food Group, Inc.
8329 N. Armena Ave
Tampa, FL 33604-2733

Omnicare, Inc.
Attn: Dept 781668
9000 Haggerty Road
Belleville, MI 48111-1632

OptimaSolutions2
322 South 6th Street
Griffin, GA 30224-4346

Perry's Nursery, Inc.
4305-46th Ave. N
St. Petersburg, FL 33714-2901

Pharmscript of Florida
81 Glendale Avenue
Edison, NJ 08817-5279

Platinum Health Services LLC
4512 Farragut Road
Brooklyn, NY 11203-6524

Plexus Technologies
2840 West Bay Dr. #130
Belleair Bluffs, FL 33770-2620

Progreen Lawn & Pest Control
PO Box 61852
St. Petersburg, FL 33784-1852

Rosensteel's Refrigeration
& A/C
12541 Ulmerton Rd.
Suite A
Largo, FL 33774-3608

S. M. Door and Hardware
1904 Harding St.
Clearwater, FL 33765-2429

St. Armands Baking Co.
2811 59th Ave.Drive East
Bradenton, FL 34203-5334

Steritech
PO Box 472127
Charlotte, NC 28247-2127

Sterling Linen And
Janitorial Supply, LLC
20256 NE 15th Court
Miami, FL 33179-2711

Synovus Bank
c/o Timothy M. Lupinacci, Esq.
420 20th Street North
Suite 1400
Birmingham, AL 35203-3221

Synovus Bank
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Ave., Suite 2900
Orlando, FL 32801-3448

Tunic Capital LLC
2071 Flatbush Ave.
Suite 22
Brooklyn, NY 11234-4340

Twin Med Inc, LLC
11333 Greenstone Ave
Santa Fe Springs, CA 90670-4618

Tzvi Bogomilsky
3701 Pinetree Dr.
Miami Beach, FL 33140-3935

Wheelchair Transport
Service Inc.
14561 58th Street N.
Clearwater, FL 33760-2834

Zachary J Bancroft +
Baker, Donelson, Bearman, Caldwell & Ber
Caldwell & Berkowitz, PC
P.O. Box 1549
Orlando, FL 32802-1549

United States Trustee - TPA +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Denise E Barnett +
United States Trustee
501 East Polk Street
Suite 1200
Tampa, FL 33602-3945

Elizabeth A Green +
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801-3432

Tiffany D Payne +
Baker Hostetler
PO Box 112
Orlando, FL 32802-0112

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)42nd Ave. South LLC

(u)SBS- Cambridge

(u)Southern SNF Management

| (u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF | End of Label Matrix | |
|---|---|---|
| | Mailable recipients | 63 |
| -------------------------------------------- | Bypassed recipients | 4 |
| Note: Entries with a '-' at the end of the name have filed a claim in this case | Total | 67 |

# EXHIBIT  A

| | St Pete 8/18-8/24 | | St Pete 8/25-8/31 | | St Pete 9/1-9/7 | | St Pete 9/8-9/14 | | St Pete 9/15-9/21 | | St Pete 9/22-9/28 | | St Pete 9/29-10/5 | | St Pete 10/6-10/12 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ | PPD | $ | PPD | $ | PPD | $ | PPD | $ | PPD | $ | PPD | $ | PPD | $ | PPD |
| **Revenue** | | | | | | | | | | | | | | | | |
| Medicare A | 140 | 20 | 140 | 20 | 140 | 20 | 140 | 20 | 140 | 20 | 140 | 20 | 140 | 20 | 140 | 20 |
| Private | 7 | 1 | 7 | 1 | 7 | 1 | 7 | 1 | 7 | 1 | 7 | 1 | 7 | 1 | 7 | 1 |
| Medicaid | 819 | 117 | 819 | 117 | 819 | 117 | 819 | 117 | 819 | 117 | 819 | 117 | 819 | 117 | 819 | 117 |
| VA | 35 | 5 | 35 | 5 | 35 | 5 | 35 | 5 | 35 | 5 | 35 | 5 | 35 | 5 | 35 | 5 |
| Hospice | 21 | 3 | 21 | 3 | 21 | 3 | 21 | 3 | 21 | 3 | 21 | 3 | 21 | 3 | 21 | 3 |
| Insurance | 28 | 4 | 28 | 4 | 28 | 4 | 28 | 4 | 28 | 4 | 28 | 4 | 28 | 4 | 28 | 4 |
| Total Days | 1,050 | 150 | 1,050 | 150 | 1,050 | 150 | 1,050 | 150 | 1,050 | 150 | 1,050 | 150 | 1,050 | 150 | 1,050 | 150 |
| Room and Board-Medicare A | 65,940 | 471.00 | 65,940 | 471.00 | 65,940 | 471.00 | 65,940 | 471.00 | 65,940 | 471.00 | 65,940 | 471.00 | 65,940 | 471.00 | 65,940 | 471.00 |
| Room and Board-Private | 1,603 | 229.00 | 1,603 | 229.00 | 1,603 | 229.00 | 1,603 | 229.00 | 1,603 | 229.00 | 1,603 | 229.00 | 1,603 | 229.00 | 1,603 | 229.00 |
| Room and Board-Medicaid | 206,064 | 251.58 | 206,064 | 251.58 | 206,064 | 251.58 | 206,064 | 251.58 | 206,064 | 251.58 | 206,064 | 251.58 | 206,064 | 251.58 | 206,064 | 251.58 |
| Room and Board-VA | 6,810 | 194.56 | 6,810 | 194.56 | 6,810 | 194.56 | 6,810 | 194.56 | 6,810 | 194.56 | 6,810 | 194.56 | 6,810 | 194.56 | 6,810 | 194.56 |
| Room and Board-Hospice | 4,822 | 229.60 | 4,822 | 229.60 | 4,822 | 229.60 | 4,822 | 229.60 | 4,822 | 229.60 | 4,822 | 229.60 | 4,822 | 229.60 | 4,822 | 229.60 |
| Room and Board-Insurance | 10,780 | 385.00 | 10,780 | 385.00 | 10,780 | 385.00 | 10,780 | 385.00 | 10,780 | 385.00 | 10,780 | 385.00 | 10,780 | 385.00 | 10,780 | 385.00 |
| Room and Board | 295,995 | 281.90 | 295,995 | 281.90 | 295,995 | 281.90 | 295,995 | 281.90 | 295,995 | 281.90 | 295,995 | 281.90 | 295,995 | 281.90 | 295,995 | 281.90 |
| Total Ancillary Revenue | 3,980 | 3.79 | 3,980 | 3.79 | 3,980 | 3.79 | 3,980 | 3.79 | 3,980 | 3.79 | 3,980 | 3.79 | 3,980 | 3.79 | 3,980 | 3.79 |
| Other Rev | (1,113) | (1.06) | (1,113) | (1.06) | (1,113) | (1.06) | (1,113) | (1.06) | (1,113) | (1.06) | (1,113) | (1.06) | (1,113) | (1.06) | (1,113) | (1.06) |
| Total Revenue | 298,862 | 284.63 | 298,862 | 284.63 | 298,862 | 284.63 | 298,862 | 284.63 | 298,862 | 284.63 | 298,862 | 284.63 | 298,862 | 284.63 | 298,862 | 284.63 |
| **Expenses** | | | | | | | | | | | | | | | | |
| Total Nursing Expenses | 126,483 | 120.46 | 126,483 | 120.46 | 126,483 | 120.46 | 126,483 | 120.46 | 126,483 | 120.46 | 126,483 | 120.46 | 126,483 | 120.46 | 126,483 | 120.46 |
| Total Ancillary Expenses | 21,809 | 20.77 | 21,809 | 20.77 | 21,809 | 20.77 | 21,809 | 20.77 | 21,809 | 20.77 | 21,809 | 20.77 | 21,809 | 20.77 | 21,809 | 20.77 |
| Activity Exp | 1,607 | 1.53 | 1,607 | 1.53 | 1,607 | 1.53 | 1,607 | 1.53 | 1,607 | 1.53 | 1,607 | 1.53 | 1,607 | 1.53 | 1,607 | 1.53 |
| Social Services Exp | 4,326 | 4.12 | 4,326 | 4.12 | 4,326 | 4.12 | 4,326 | 4.12 | 4,326 | 4.12 | 4,326 | 4.12 | 4,326 | 4.12 | 4,326 | 4.12 |
| Dietary Exp | 17,714 | 16.87 | 17,714 | 16.87 | 17,714 | 16.87 | 17,714 | 16.87 | 17,714 | 16.87 | 17,714 | 16.87 | 17,714 | 16.87 | 17,714 | 16.87 |
| Admin Exp | 16,002 | 15.24 | 16,002 | 15.24 | 16,002 | 15.24 | 16,002 | 15.24 | 16,002 | 15.24 | 16,002 | 15.24 | 16,002 | 15.24 | 16,002 | 15.24 |
| Maintenance Exp | 6,951 | 6.62 | 6,951 | 6.62 | 6,951 | 6.62 | 6,951 | 6.62 | 6,951 | 6.62 | 6,951 | 6.62 | 6,951 | 6.62 | 6,951 | 6.62 |
| Housekeeping Exp | 7,571 | 7.21 | 7,571 | 7.21 | 7,571 | 7.21 | 7,571 | 7.21 | 7,571 | 7.21 | 7,571 | 7.21 | 7,571 | 7.21 | 7,571 | 7.21 |
| Laundry Exp | 3,287 | 3.13 | 3,287 | 3.13 | 3,287 | 3.13 | 3,287 | 3.13 | 3,287 | 3.13 | 3,287 | 3.13 | 3,287 | 3.13 | 3,287 | 3.13 |
| Bad Debt Exp | 3,003 | 2.86 | 3,003 | 2.86 | 3,003 | 2.86 | 3,003 | 2.86 | 3,003 | 2.86 | 3,003 | 2.86 | 3,003 | 2.86 | 3,003 | 2.86 |
| Telephone & Utility Exp | 5,376 | 5.12 | 5,376 | 5.12 | 5,376 | 5.12 | 5,376 | 5.12 | 5,376 | 5.12 | 5,376 | 5.12 | 5,376 | 5.12 | 5,376 | 5.12 |
| Employee Benefits Exp | 914 | 0.87 | 914 | 0.87 | 914 | 0.87 | 914 | 0.87 | 914 | 0.87 | 914 | 0.87 | 914 | 0.87 | 914 | 0.87 |
| Business Insurance Exp | 3,266 | 3.11 | 3,266 | 3.11 | 3,266 | 3.11 | 3,266 | 3.11 | 3,266 | 3.11 | 3,266 | 3.11 | 3,266 | 3.11 | 3,266 | 3.11 |
| Taxes Exp | 24,266 | 23.11 | 24,266 | 23.11 | 24,266 | 23.11 | 24,266 | 23.11 | 24,266 | 23.11 | 24,266 | 23.11 | 24,266 | 23.11 | 24,266 | 23.11 |
| US Trustee Fee | 1,083 | 1.03 | 1,083 | 1.03 | 1,083 | 1.03 | 1,083 | 1.03 | 1,083 | 1.03 | 1,083 | 1.03 | 800 | 0.76 | 800 | 0.76 |
| Total Operating Expenses | 243,654 | 232.05 | 243,654 | 232.05 | 243,654 | 232.05 | 243,654 | 232.05 | 243,654 | 232.05 | 243,654 | 232.05 | 243,371 | 231.78 | 243,371 | 231.78 |
| **Income** | | | | | | | | | | | | | | | | |
| EBITDARM | 55,207 | 52.58 | 55,207 | 52.58 | 55,207 | 52.58 | 55,207 | 52.58 | 55,207 | 52.58 | 55,207 | 52.58 | 55,491 | 52.85 | 55,491 | 52.85 |
| Consulting Serv | 7,203 | 6.86 | 7,203 | 6.86 | 7,203 | 6.86 | 7,203 | 6.86 | 7,203 | 6.86 | 7,203 | 6.86 | 7,203 | 6.86 | 7,203 | 6.86 |
| EBITDAR | 48,004 | 45.72 | 48,004 | 45.72 | 48,004 | 45.72 | 48,004 | 45.72 | 48,004 | 45.72 | 48,004 | 45.72 | 48,288 | 45.99 | 48,288 | 45.99 |
| Rent Exp | 29,075 | 27.69 | 29,075 | 27.69 | 29,075 | 27.69 | 29,075 | 27.69 | 29,075 | 27.69 | 29,075 | 27.69 | 29,075 | 27.69 | 29,075 | 27.69 |
| EBITDA | 18,930 | 18.03 | 18,930 | 18.03 | 18,930 | 18.03 | 18,930 | 18.03 | 18,930 | 18.03 | 18,930 | 18.03 | 19,213 | 18.30 | 19,213 | 18.30 |
| Total Other (Income)/Expense | 945 | 0.90 | 945 | 0.90 | 945 | 0.90 | 945 | 0.90 | 945 | 0.90 | 945 | 0.90 | 945 | 0.90 | 945 | 0.90 |
| Net Income | 17,985 | 17.13 | 17,985 | 17.13 | 17,985 | 17.13 | 17,985 | 17.13 | 17,985 | 17.13 | 17,985 | 17.13 | 18,268 | 17.40 | 18,268 | 17.40 |