B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Middle District of Florida

In re     **Bayou Shores SNF LLC**                        ,      Case No. _____ **14-09521** _____
                                           Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 2,362,205.73 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 11,109,356.97 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 1,145,265.12 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 1,482,388.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 2,362,205.73 | | |
| Total Liabilities | | | | 13,737,010.77 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Bayou Shores SNF LLC**                                    Case No. ___14-09521___
                                                    Debtor

                                                    Chapter                    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **Bayou Shores SNF LLC**                                   Case No. ___**14-09521**___
_____
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | |
| --- | --- | --- |
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Bayou Shores SNF LLC**                                                    Case No.    __14-09521__
                                                                    ,
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Popular Community Bank Operating Account xxxxxx2075** | - | 273,262.91 |
| | | **Popular Community Bank Governmental Account xxxxxx2083** | - | 0.00 |
| | | **Wells Fargo Depository Account xxxxxx4558** | - | 279,446.70 |
| | | **Wells Fargo Petty Cash Account xxxxxx4806** | - | 1,219.62 |
| | | **Bank of America Patient Funds Account xxxxxxxx7454** | - | 41,709.42 |
| | | **Bank of America Care Cost Account xxxxxxxx7467** | - | 350.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **City of St. Petersburg PO Box 33034 St. Petersburg, FL 33733 Water & Sewer (Acct. 4559)** | | 6,805.00 |
| | | **City of St. Petersburg PO Box 33034 St. Petersburg, FL 33733 Water & Sewer (Acct. 2911)** | - | 70.68 |
| | | **City of St. Petersburg PO Box 33034 St. Petersburg, FL 33733 Garbage, Water, and Sewer (Acct. 4557)** | - | 10,949.00 |

|  |  |  | Sub-Total > | 613,813.33 |
|---|---|---|---|---|
|  |  |  | (Total of this page) | |

__4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Bayou Shores SNF LLC** _____,   Case No. ___**14-09521**_____
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | City of St. Petersburg<br>PO Box 33034<br>St. Petersburg, FL 33733<br>Water & Sewer (Acct. 4563) | - | 118.68 |
| | | City of St. Petersburg<br>PO Box 33034<br>St. Petersburg, FL 33733<br>Water & Sewer (Acct. 4571) | - | 118.68 |
| | | Progress Energy<br>PO Box 1004<br>Charlotte, NC 28201<br>Electricity - Utility Bond (Acct. 3158) | - | 21,850.00 |
| | | Progress Energy<br>PO Box 1004<br>Charlotte, NC 28201<br>Electricity (Acct. 6366) | - | 950.00 |
| | | Progress Energy<br>PO Box 1004<br>Charlotte, NC 28201<br>Electricity  (Acct. 0475) | - | 200.00 |
| | | Teco Peoples Gas<br>PO Box 31017<br>Tampa, FL 33631<br>Fuel (Acct. 3052) | - | 530.00 |
| | | Teco Peoples Gas<br>PO Box 31017<br>Tampa, FL 33631<br>Fuel (Acct. 25872) | - | 4,390.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >        28,157.36
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Bayou Shores SNF LLC** _____,    Case No. ____14-09521_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable as of July 31, 2014** | - | **1,633,455.24** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    **1,633,455.24**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Bayou Shores SNF LLC**                                         Case No. _____ **14-09521** _____
                                                    ,
                                            Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Medicare Reimbursement for Bad Debt** | - | 86,779.80 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Standard Nursing Home License #SNF1364095** | - | Unknown |
| | | **Pharmacy License #PH 26540** | - | Unknown |
| | | **Clinical Laboratory Improvement Amendments Certificate of Waiver CLIA ID Number 10D0880960** | - | Unknown |
| | | **State of Florida Dept of Health Operating Permit 52-BID-2318944 Biomedical Waste - Nursing Home** | - | Unknown |
| | | **State of Florida Dept of Health Operating Permit 52-BID-2317228 Nursing Home** | - | Unknown |
| | | **State of Florida Dept of Health Operating Permit 52-BID-2317229 Nursing Home - Physical Plant** | - | Unknown |
| | | **Florida Agency for Health Care Administration License Certificate #17960** | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

Sub-Total >        86,779.80
(Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Bayou Shores SNF LLC**                      ,     Case No.    **14-09521**

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 2,362,205.73 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Bayou Shores SNF LLC**                                          Case No. _____**14-09521**_____
                                                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

   State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
   List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
   Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W J C | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx6298**<br><br>**Synovus Bank**<br>**800 Shades Creek Parkway**<br>**Suite 375**<br>**Birmingham, AL 35209** | - | | | **7/25/2014**<br><br>**security interest** | | | | | |
| | | | | Value $                     **Unknown** | | | | **11,109,356.97** | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| **0**   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | **11,109,356.97** | **0.00** |
| | | | | | Total<br>(Report on Summary of Schedules) | | | **11,109,356.97** | **0.00** |

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re  **Bayou Shores SNF LLC**                                                                 Case No. ____**14-09521**_____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.
    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)
    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.
    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.
    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                            **3** ____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **Bayou Shores SNF LLC**                                      Case No. ____**14-09521**____
                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | medical director compensation | | | | | | |
| Dr. Mark Eichenbaum 727 16th Ave NE St. Petersburg, FL 33704 | | - | | | | | | 4,500.00 | |
| | | | | | | | 4,500.00 | | 0.00 |
| Account No. | | | physician compensation | | | | | | |
| Dr. Randolph Hemsath M.D. PO Box 11837 St. Petersburg, FL 33733 | | | | | | | | 1,000.00 | |
| | | | | | | | 1,000.00 | | 0.00 |
| Account No. | | | physician compensation | | | | | | |
| Dr. Sherif Serag MD 1152 62nd Ave. South St. Petersburg, FL 33705-5620 | | - | | | | | | 150.00 | |
| | | | | | | | 150.00 | | 0.00 |
| Account No. | | | medical director compensation | | | | | | |
| Fadi Saba, MD 8830 Baywood Park Dr. Seminole, FL 33777 | | - | | | | | | 2,000.00 | |
| | | | | | | | 2,000.00 | | 0.00 |
| Account No. | | | housekeeping employee compensation | | | | | | |
| Healthcare Services Group, Inc. f/k/a Platinum Health Services, LLC 3220 Tillman Dr., Suite 300 Bensalem, PA 19020 | | | | | | | | 88,075.30 | |
| | | | | | | | 88,075.30 | | 0.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                              | 95,725.30 |
(Total of this page)   95,725.30   | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Bayou Shores SNF LLC**                                                      Case No. ___14-09521___
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | medical director compensation | | | | | |
| Jorge Rodriguez Jr 5116 West Poe Avenue Tampa, FL 33629 | | - | | | | | | | 7,500.00 |
| | | | | | | | | 7,500.00 | 0.00 |
| Account No. | | | | nurses compensation | | | | | |
| SBS-Cambridge 4512 Farragut Road Brooklyn, NY 11203 | | - | | | | | | | 941,254.04 |
| | | | | | | | | 941,254.04 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 948,754.04 |
| 948,754.04 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Bayou Shores SNF LLC**                                    Case No. ___14-09521___

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | bed tax | | | | | |
| Agency For Health Care Administration PO Box 13749 Mail Stop #14 Tallahassee, FL 32317-3749 | - | | | | | | | | 100,785.78 |
| | | | | | | | | 100,785.78 | 0.00 |
| Account No. | | | | for notice purposes | | | | | |
| Florida Dept. of Revenue Attn: Executive Director 5050 W. Tennessee Street Tallahassee, FL 32399 | - | | | | | | | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | for notice purposes | | | | | |
| Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | for notice purposes | | | | | |
| Pinellas County Tax Collector PO Box 4006 Seminole, FL 33775-4006 | - | | | | | | | | Unknown |
| | | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 100,785.78 | 100,785.78 / 0.00 |
| | Total (Report on Summary of Schedules) | 1,145,265.12 | 1,145,265.12 / 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Bayou Shores SNF LLC**                          Case No.    **14-09521**
_____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | facility rent | | | | |
| 42nd Ave. South LLC 2071 Flatbush Avenue Brooklyn, NY 11234 | | - | | | | | 515,000.00 |
| Account No. | | | office supplies | | | | |
| Accelerated Business Solutions 2991 Center Port Circle Pompano Beach, FL 33064 | | | | | | | 150.00 |
| Account No. | | | IT fees | | | | |
| American Creative Inc 5241 NW 33rd Ave Fort Lauderdale, FL 33309 | | - | | | | | 645.00 |
| Account No. | | | laboratory fees | | | | |
| American Health Associates 15712 SW 41st Street Suite 16 Davie, FL 33331-1538 | | - | | | | | 3,831.25 |

  **19**   continuation sheets attached                                                Subtotal         | 519,626.25
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bayou Shores SNF LLC**                                    Case No. _____**14-09521**_____

_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | administrative services | | | | |
| Apex Healthcare Partners LLC 21 Robert Pitt Drive Suite 210 Monsey, NY 10952 | - | | | | | | 496.29 |
| Account No. | | | IT fees | | | | |
| Apex Healthcare Systems 21 Robert Pitt Drive Suite 210 Monsey, NY 10952 | - | | | | | | 17.23 |
| Account No. | | | maintenance | | | | |
| APG Electric 4825 140th Ave. North Suite K Clearwater, FL 33762 | - | | | | | | 776.58 |
| Account No. | | | equipment rental | | | | |
| Argyle Equipment P.O. Box 718 Justin, TX 76247 | - | | | | | | 294.25 |
| Account No. | | | nutritionist services | | | | |
| Ateek RD, Inc. P.O. Box 2750 Land O Lakes, FL 34639 | - | | | | | | 4,224.00 |

Sheet no. __1__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        5,808.35

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bayou Shores SNF LLC**                                              Case No.    **14-09521**
_____,
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**BATS Taxi Company**<br>**5201 Gulf Blvd**<br>**St. Pete Beach, FL 33706** | | - | | transportation costs | | | | 72.10 |
| Account No. <br><br>**Borden Dairy Company of FL**<br>**P.O. Box 904095**<br>**Charlotte, NC 28290-4095** | | - | | dietary supplies | | | | 3,298.59 |
| Account No. **3609** <br><br>**Bright House Networks**<br>**PO Box 30765**<br>**Tampa, FL 33630-3765** | | - | | utilities | | | | 2,374.20 |
| Account No. **3633** <br><br>**Bright House Networks**<br>**PO Box 30765**<br>**Tampa, FL 33630-3765** | | - | | utilities | | | | 265.08 |
| Account No. **3674** <br><br>**Bright House Networks**<br>**PO Box 30765**<br>**Tampa, FL 33630-3765** | | - | | utilities | | | | 22.41 |

Sheet no. __2__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,032.38

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bayou Shores SNF LLC**                                           Case No.  **14-09521**
                                                           ,
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4820** <br><br>**Bright House Networks** <br>**PO Box 30765** <br>**Tampa, FL 33630-3765** | | - | utilities | | | | 123.70 |
| Account No. <br><br>**Broad and Cassel** <br>**215 South Monroe St.** <br>**Suite 400** <br>**Tallahassee, FL 32301** | | - | legal expenses | | | | 1,170.00 |
| Account No. <br><br>**BSD Care** <br>**2915 Ave K** <br>**Brooklyn, NY 11210** | | - | dietary supplies | | | | 242.40 |
| Account No. <br><br>**Care Ride, LLC** <br>**4625 East Bay Drive** <br>**Suites 105/107** <br>**Clearwater, FL 33764** | | - | transportation costs | | | | 102.00 |
| Account No. <br><br>**Charles A. Crecelius MD** <br>**10511 Old Olive Street Rd** <br>**St. Louis, MO 63141** | | - | legal expenses | | | | 260.00 |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   1,898.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bayou Shores SNF LLC**                                    Case No.    **14-09521**
_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2911** <br><br> **City of St. Petersburg**<br>**PO Box 33034**<br>**Saint Petersburg, FL 33733** | - | | **utilities** | | | | 40.34 |
| Account No. **4557** <br><br> **City of St. Petersburg**<br>**PO Box 33034**<br>**Saint Petersburg, FL 33733** | - | | **utilities** | | | | 5,251.77 |
| Account No. **4559** <br><br> **City of St. Petersburg**<br>**PO Box 33034**<br>**Saint Petersburg, FL 33733** | - | | **utilities** | | | | 3,242.37 |
| Account No. **4563** <br><br> **City of St. Petersburg**<br>**PO Box 33034**<br>**Saint Petersburg, FL 33733** | - | | **utilities** | | | | 46.30 |
| Account No. **4571** <br><br> **City of St. Petersburg**<br>**PO Box 33034**<br>**Saint Petersburg, FL 33733** | - | | **utilities** | | | | 29.44 |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,610.22

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bayou Shores SNF LLC**                                                      Case No.   **14-09521**
                                                                    ,
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Computrition Foodservice**<br>**8521 Falibrook Avenue**<br>**Suite 100**<br>**West Hills, CA 91304** | | - | dietary services | | | | 310.30 |
| Account No.<br><br>**Concrete Concepts**<br>**6238 Cedar NE**<br>**Saint Petersburg, FL 33702** | | - | maintenance | | | | 1,500.00 |
| Account No.<br><br>**Cox Fire Protection, Inc.**<br>**7910 Professional Place**<br>**Tampa, FL 33637** | | - | maintenance | | | | 824.15 |
| Account No.<br><br>**David Hoffman & Associates,**<br>**PC**<br>**1515 Market St**<br>**Suite 1200**<br>**Philadelphia, PA 19102** | | - | consulting fees | | | | 9,762.38 |
| Account No. **2101**<br><br>**Deltacom**<br>**PO Box 2252**<br>**Birmingham, AL 35246** | | - | phone service | | | | 310.27 |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,707.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bayou Shores SNF LLC**                                          Case No.____**14-09521**____
                                                                     ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7101**<br><br>**DEX Imaging Inc.**<br>**PO Box 17299**<br>**Clearwater, FL 33762-0299** | | - | office supplies | | | | 7.00 |
| Account No.<br><br>**Direct Supply, Inc.**<br>**P.O. Box 88201**<br>**Milwaukee, WI 53288** | | - | dietary supplies | | | | 29.30 |
| Account No.<br><br>**Dynamic Rehab LLC**<br>**368 New Hempstead Rd # 309**<br>**New City, NY 10956** | | - | therapy services | | | | 109,618.17 |
| Account No.<br><br>**Evergreen Waste Corp.**<br>**PO BOX 250**<br>**Lawrence, NY 11559** | | - | medical waste | | | | 449.00 |
| Account No.<br><br>**Extended Care Services**<br>**8452 118th Ave. N**<br>**Largo, FL 33773** | | - | therapy services | | | | 850.01 |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    110,953.48

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bayou Shores SNF LLC**                                              ,    Case No.    **14-09521**
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | printing costs | | | | |
| FAO Printing 5107 Avenue H Brooklyn, NY 11234 | | - | | | | | 1,109.30 |
| Account No. | | | software rental | | | | |
| Florida Dept. of Revenue (Sales and Use Tax) 5050 W Tennessee Street Tallahassee, FL 32399-0125 | | - | | | | | 720.05 |
| Account No. | | | administrative services | | | | |
| Florida Rytes LLC 1979 Marcus Ave Suite 210 lake Success, NY 11042 | | - | | | | | 2,023.98 |
| Account No. | | | dietary supplies | | | | |
| GFS - Plant City Dept CH 10490 Palatine, IL 60055 | | - | | | | | 23,194.51 |
| Account No. | | | consulting fees | | | | |
| GHC Clinical Consultants LLC 487 Oak Glen Road Howell, NJ 07731 | | - | | | | | 24,600.00 |

Sheet no. __7__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,647.84

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bayou Shores SNF LLC**                                    Case No. _____**14-09521**_____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | maintenance supplies | | | | |
| **Grainger** DEPT. 818967259 P.O. Box 419267 Kansas City, MO 06141 | | - | | | | | 69.61 |
| Account No. | | | dietary supplies | | | | |
| **Gulf Coast Water Conditioning, Inc.** 13075 66 Street North Largo, FL 33773 | | - | | | | | 238.60 |
| Account No. | | | insurance premiums | | | | |
| **Hallmark Accounting LLC** 368 New Hempstead Rd #309 New City, NY 10956 | | - | | | | | 13,482.85 |
| Account No. | | | maintenance supplies | | | | |
| **HD Supply Facilities Maintenance** P.O. Box 509058 San Diego, CA 29150 | | - | | | | | 4,579.85 |
| Account No. | | | maintenance services | | | | |
| **High Performance Plumbing Services** 4450 Morris Street North St. Petersburg, FL 33714-3739 | | - | | | | | 517.50 |

Sheet no. __8__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        18,888.41

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bayou Shores SNF LLC**                                          Case No. ___**14-09521**___
_____,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9271** <br><br> **Home Depot Credit Services** <br> **Dept. 32-2541869271** <br> **PO Box 9055** <br> **Des Moines, LA 50368-9055** | - | | maintenance supplies | | | | 20.00 |
| Account No. <br><br> **Humphrey Law Group** <br> **Lakeside Executive Suites** <br> **283 Cranes Roost Blvd.** <br> **Suite 111** <br> **Altamonte Springs, FL 32701** | - | | legal expenses | | | | 444.00 |
| Account No. <br><br> **IM Locksmith Inc.** <br> **461 12h Ave. N** <br> **St. Petersburg, FL 33701** | - | | maintenance | | | | 545.70 |
| Account No. <br><br> **In Room Serenade** <br> **with Karmene** <br> **PO Box 6144** <br> **Clearwater, FL 33758** | - | | performance fees | | | | 390.00 |
| Account No. <br><br> **Janie Ramos** <br> **Laminate It Supply** <br> **PO Box 60186** <br> **Saint Petersburg, FL 33784** | - | | office supplies | | | | 184.60 |

Sheet no. __9__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,584.30

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bayou Shores SNF LLC**                                                                    Case No. _____**14-09521**_____
                                                          ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jessie Reeves<br>4494 Pompano Dr. SE<br>Saint Petersburg, FL 33705 | | - | employee reimbursement | | | | 26.46 |
| Account No. 9821<br><br>Kings III Of America Inc.<br>751 Canyon Dr<br>Suite 100<br>Coppell, TX 75019 | | - | maintenance | | | | 206.28 |
| Account No.<br><br>Koker's Landscaping<br>984 Sousa Dr.<br>Largo, FL 33771 | | - | maintenance | | | | 1,500.00 |
| Account No.<br><br>Land O' Lakes Recycling<br>PO Box 2021<br>Land O' Lakes, FL 34639 | | - | recycling services | | | | 50.00 |
| Account No.<br><br>Law Offices of Peter A.<br>Lewis, P.L.<br>3023 N. Shannon Lakes Drive<br>Suite 101<br>Tallahassee, FL 32309 | | - | legal expenses | | | | 375.00 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,157.74

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bayou Shores SNF LLC**                                           Case No. ____**14-09521**____
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | maintenance | | | | |
| Lighting & Maintenance Solutions P.O. Box 42440 Towson, MD 21284 | | - | | | | | 168.50 |
| Account No. | | | administrative services | | | | |
| Managed Care Consultants of Florida 1906 SE 3rd Ave Ocala, FL 34471 | | - | | | | | 819.50 |
| Account No. | | | gas | | | | |
| Mirabito Gas Electric of FL 1801 S. Perimeter Road Suite 130 Fort Lauderdale, FL 33309 | | - | | | | | 1,014.90 |
| Account No. | | | radiology services | | | | |
| MobilexUSA PO Box 17462 Baltimore, MD 21297-0518 | | - | | | | | 2,583.40 |
| Account No. | | | accounting services | | | | |
| Moore Stephens Lovelace, P.A. 701 Brickell Ave Suite 550 Miami, FL 33131 | | - | | | | | 1,000.00 |

Sheet no. __11__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            5,586.30

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bayou Shores SNF LLC**                                    Case No.  **14-09521**
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | postage | | | | |
| Nexday Delivery Solutions<br>Silver Streak Logistics<br>3012 Ave. L<br>Suite 22<br>Brooklyn, NY 11210 | | - | | | | | 327.99 |
| Account No. | | | maintenance | | | | |
| Nite Owl Irrigation Inc.<br>13199 60th St. North<br>Clearwater, FL 33760 | | - | | | | | 2,998.83 |
| Account No. | | | dietary services | | | | |
| Nu Vista Food Group, INC.<br>8329 N. Armena Ave<br>Tampa, FL 33604 | | - | | | | | 3,849.71 |
| Account No. | | | dietary services | | | | |
| OptimaSolutions2<br>322 South 6th Street<br>Griffin, GA 30224 | | - | | | | | 100.00 |
| Account No. | | | employee reimbursement | | | | |
| Peggy Kessler<br>751 Valencia Dr. S.<br>Largo, FL 33778 | | - | | | | | 97.07 |

Sheet no. __12__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                7,373.60

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bayou Shores SNF LLC**                                           ,   Case No. ___**14-09521**___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Perry's Nursery, Inc. <br> 4305-46th Ave. N <br> St. Petersburg, FL 33714 | | - | maintenance | | | | 1,976.00 |
| Account No. <br><br> Pharmscript of Florida <br> 81 Glendale Avenue <br> Edison, NJ 08817 | | - | pharmacy | | | | 50,422.26 |
| Account No. <br><br> Plexus Technologies <br> 2840 West Bay Dr. #130 <br> Belleair Bluffs, FL 33770 | | - | administrative services | | | | 142.50 |
| Account No. **4404** <br><br> PODS <br> PO Box 31673 <br> Tampa, FL 33631-3673 | | - | POD rental | | | | 497.52 |
| Account No. <br><br> Progreen Lawn & Pest Control <br> PO Box 61852 <br> St. Petersburg, FL 33784 | | - | maintenance | | | | 292.00 |

Sheet no. __**13**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   53,330.28

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bayou Shores SNF LLC**                              Case No. _____**14-09521**_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0475**<br><br>**Progress Energy/Duke Energy**<br>**PO Box 1004**<br>**Charlotte, NC 28201-1004** | - | | utilities | | | | 196.90 |
| Account No. **6366**<br><br>**Progress Energy/Duke Energy**<br>**PO Box 1004**<br>**Charlotte, NC 28201-1004** | - | | utilities | | | | 941.40 |
| Account No. **3158**<br><br>**Progress Energy/Duke Energy**<br>**PO Box 1004**<br>**Charlotte, NC 28201-1004** | - | | utilities | | | | 21,153.63 |
| Account No.<br><br>**Pumping & Septic Tank Services, Inc.**<br>**503 Austin Dr.**<br>**Tarpon Springs, FL 34688** | - | | maintenance | | | | 446.00 |
| Account No.<br><br>**Retina Vitreous Associates of FL**<br>**2705 W. Saint Isabel Street**<br>**Tampa, FL 33607** | - | | pharmacy | | | | 235.20 |

Sheet no. __**14**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    22,973.13

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bayou Shores SNF LLC**                                    Case No. _____**14-09521**_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | maintenance | | | | |
| Rosensteel's Refrigeration & A/C 12541 Ulmerton Rd. Suite A Largo, FL 33774 | - | | | | | | 630.88 |
| Account No. | | | maintenance | | | | |
| S. M. Door and Hardware 1904 Harding St. Clearwater, FL 33765 | - | | | | | | 3,207.42 |
| Account No. | | | maintenance | | | | |
| SCS Elevator Co LLC 1428 N. Gulf Ave. Crystal River, FL 34429 | - | | | | | | 900.00 |
| Account No. | | | maintenance | | | | |
| Service Master Clean P.O. Box 8081 Lakeland, FL 33802 | - | | | | | | 615.25 |
| Account No. | | | consulting fees | | | | |
| Southern SNF Management 2870 Stirling Road Suite 101A Hollywood, FL 33020 | - | | | | | | 84,079.82 |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                89,433.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bayou Shores SNF LLC**                                    Case No.    **14-09521**
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Southern SNF Management**<br>**2870 Stirling Road**<br>**Suite 101A**<br>**Hollywood, FL 33020** | - | | IT fees, activity supplies, maintenance and administrative fees | | | | 3,292.58 |
| Account No.<br><br>**St. Armands Baking Co.**<br>**2811 59th Ave.Drive East**<br>**Bradenton, FL 34203** | - | | dietary supplies | | | | 1,171.46 |
| Account No.<br><br>**Steritech**<br>**PO Box 472127**<br>**Charlotte, NC 28247** | - | | maintenance | | | | 302.56 |
| Account No.<br><br>**Sterling Linen And**<br>**Janitorial Supply, LLC**<br>**20256 NE 15th Court**<br>**Miami, FL 33179** | - | | dietary supplies | | | | 1,389.36 |
| Account No.<br><br>**Supply Mart**<br>**17430 Northeast 7th Court**<br>**Miami, FL 33162** | - | | office supplies | | | | 3,578.53 |

Sheet no. __16__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          9,734.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bayou Shores SNF LLC**                                        Case No. ___**14-09521**___
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | administrative costs | | | | |
| **Tampa Bay Rays** **One Tropicana Drive** **St. Petersburg, FL 33705** | | - | | | | | 1,352.50 |
| Account No. | | | activity supplies | | | | |
| **Tampa Bay Times** **P. O. Box 235** **St. Petersburg, FL 33731** | | - | | | | | 123.50 |
| Account No.  **2587** | | | gas | | | | |
| **Teco Peoples Gas** **PO Box 31017** **Tampa, FL 33631** | | - | | | | | 493.28 |
| Account No.  **3052** | | | gas | | | | |
| **Teco Peoples Gas** **PO Box 31017** **Tampa, FL 33631** | | - | | | | | 275.45 |
| Account No. | | | IT fees | | | | |
| **The Phone Line Inc.** **1767 Lakewood Ranch Blvd.** **#188** **Bradenton, FL 34211** | | - | | | | | 590.00 |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,834.73

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bayou Shores SNF LLC**                                          Case No. ___**14-09521**___
                                                          ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | maintenance | | | | |
| Thyssenkrupp Elevator Corp. P.O. Box 933004 Atlanta, GA 31193-3004 | | - | | | | | | 404.00 |
| Account No. | | | | Line of Credit | | | | |
| Tunic Capital LLC 2071 Flatbush Ave. Suite 22 Brooklyn, NY 11234 | | - | | | | | | 305,767.13 |
| Account No. | | | | nursing supplies | | | | |
| Twin Med Inc, LLC 11333 Greenstone Ave Santa Fe Springs, CA 90670 | | - | | | | | | 235,071.00 |
| Account No. **7710** | | | | utilities | | | | |
| Verizon Florida LLC PO Box 920041 Dallas, TX 75392 | | - | | | | | | 45.94 |
| Account No. **8606** | | | | phone | | | | |
| Verizon Florida LLC PO Box 920041 Dallas, TX 75392 | | - | | | | | | 52.16 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            541,340.23

B6F (Official Form 6F) (12/07) - Cont.

In re __Bayou Shores SNF LLC_____,   Case No. ___14-09521_____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Westcoast Brace and Limb 5311 East Fletcher Avenue Tampa, FL 33617 | | - | medical supplies | | | | 434.99 |
| Account No.  Wheelchair Transport Service Inc. 14561 58th Street N. Clearwater, FL 33773 | | - | transportation | | | | 9,433.39 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 9,868.38 |
| Total (Report on Summary of Schedules) | 1,482,388.68 |

B6G (Official Form 6G) (12/07)

In re    **Bayou Shores SNF LLC**                                              Case No.  __14-09521__
_____,
                                          Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| 42nd Ave. South LLC<br>2071 Flatbush Avenue<br>Brooklyn, NY 11234 | Real Property Lease Agreement dated 12/12/12 |
| Agency for Health Care Administration<br>PO Box 13749<br>Mail Stop #14<br>Tallahassee, FL 32317-3749 | institutional Medicaid provider agreement |
| American Eldercare, Inc.<br>c/o Robert G. Schemel, Pres.<br>14565 Sims Road<br>Delray Beach, FL 33484 | long term managed care plan |
| CIT Technology<br>21146 Network Place<br>Chicago, IL 60673-1211 | copier lease (biller for Dex Imaging) |
| CMS<br>61 Forsyth SW<br>Suite 4T20<br>Atlanta, GA 30303-8909 | Medicare Provider Agreement |
| Dex Imaging, Inc<br>13911 Lakeshore Blvd.<br>Hudson, FL 34668 | copier lease (supplier) |
| Healthcare Services Group, Inc. f/k/a Platinum Health Services, LLC<br>3220 Tillman Dr., Suite 300<br>Bensalem, PA 19020 | housekeeping and laundry services agreement (same agreement as Platinum Healthcare Services, Group) |
| Horizon Staffing LLC<br>4512 Farragut Road<br>Brooklyn, NY 11203 | service agreement |
| Platinum Health Services LLC<br>4512 Farragut Road<br>Brooklyn, NY 11203 | housekeeping and laundry services agreement |
| Platinum Health Services LLC<br>611 Route 46 West<br>Suite 250<br>Hasbrouck Heights, NJ 07604 | housekeeping and laundry services agreement |

 1
____  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re   **Bayou Shores SNF LLC**                                        Case No.   **14-09521**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **PODS**<br>**PO Box 31673**<br>**Tampa, FL 33631-3673** | **Waste Compactor and POD's Container** |
| **SBSFLD, LLC**<br>**1 East Broward Blvd.**<br>**Suite 610**<br>**Fort Lauderdale, FL 33301** | **staffing agreement** |
| **Southern SNF Management**<br>**2870 Stirling Road**<br>**Suite 101A**<br>**Hollywood, FL 33020** | **service agreement** |
| **Sunshine State Health Plan**<br>**1301 International Parkway**<br>**4th Floor**<br>**Sunrise, FL 33323** | **ancillary services provider agreement** |
| **UnitedHealthcare of FL, Inc.**<br>**Attn: Medicaid Contract Spec**<br>**Mail Route: FL080-1000**<br>**601 Brooker Creek Blvd**<br>**Oldsmar, FL 34677** | **home and community based services facility agreement** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                

B6H (Official Form 6H) (12/07)

In re  **Bayou Shores SNF LLC**                                    Case No. ___**14-09521**_____
_____,
                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   __Bayou Shores SNF LLC__                                            Case No.   __14-09521__

                                                    Debtor(s)        Chapter   __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __36__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __September 5, 2014__          Signature   __/s/ Tzvi Bogomilsky__
                                      **Tzvi Bogomilsky**
                                      **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.