B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Bayou Shores SNF LLC**                        Case No. **14-09521**
                                        Debtor(s)             Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 42nd Ave. South LLC<br>2071 Flatbush Avenue<br>Brooklyn, NY 11234 | 42nd Ave. South LLC<br>2071 Flatbush Avenue<br>Brooklyn, NY 11234 | facility rent | | 515,000.00 |
| Agency For Health Care Administration<br>PO Box 13749<br>Mail Stop #14<br>Tallahassee, FL 32317-3749 | Agency For Health Care Administration<br>PO Box 13749<br>Tallahassee, FL 32317-3749 | bed tax | | 100,785.78 |
| Ateek RD, Inc.<br>P.O. Box 2750<br>Land O Lakes, FL 34639 | Ateek RD, Inc.<br>P.O. Box 2750<br>Land O Lakes, FL 34639 | nutritionist services | | 4,224.00 |
| City of St. Petersburg<br>PO Box 33034<br>Saint Petersburg, FL 33733 | City of St. Petersburg<br>PO Box 33034<br>Saint Petersburg, FL 33733 | utilities | | 5,251.77 |
| David Hoffman & Associates,<br>PC<br>1515 Market St<br>Suite 1200<br>Philadelphia, PA 19102 | David Hoffman & Associates,<br>PC<br>1515 Market St<br>Philadelphia, PA 19102 | consulting fees | | 9,762.38 |
| Dr. Mark Eichenbaum<br>727 16th Ave NE<br>St. Petersburg, FL 33704 | Dr. Mark Eichenbaum<br>727 16th Ave NE<br>St. Petersburg, FL 33704 | medical director compensation | | 4,500.00 |
| Dynamic Rehab LLC<br>368 New Hempstead Rd # 309<br>New City, NY 10956 | Dynamic Rehab LLC<br>368 New Hempstead Rd # 309<br>New City, NY 10956 | therapy services | | 109,618.17 |
| GFS - Plant City<br>Dept CH 10490<br>Palatine, IL 60055 | GFS - Plant City<br>Dept CH 10490<br>Palatine, IL 60055 | dietary supplies | | 23,194.51 |
| GHC Clinical Consultants LLC<br>487 Oak Glen Road<br>Howell, NJ 07731 | GHC Clinical Consultants LLC<br>487 Oak Glen Road<br>Howell, NJ 07731 | consulting fees | | 24,600.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Bayou Shores SNF LLC**                                Case No.   **14-09521**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hallmark Accounting LLC<br>368 New Hempstead Rd #309<br>New City, NY 10956 | Hallmark Accounting LLC<br>368 New Hempstead Rd #309<br>New City, NY 10956 | insurance premiums | | 13,482.85 |
| HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 29150 | HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 29150 | maintenance supplies | | 4,579.85 |
| Healthcare Services Group, Inc. f/k/a Platinum Health Services, LLC<br>3220 Tillman Dr., Suite 300<br>Bensalem, PA 19020 | Healthcare Services Group, Inc. f/k/a Platinum Health Services, LLC<br>Bensalem, PA 19020 | housekeeping employee compensation | | 88,075.30 |
| Jorge Rodriguez Jr<br>5116 West Poe Avenue<br>Tampa, FL 33629 | Jorge Rodriguez Jr<br>5116 West Poe Avenue<br>Tampa, FL 33629 | medical director compensation | | 7,500.00 |
| Pharmscript of Florida<br>81 Glendale Avenue<br>Edison, NJ 08817 | Pharmscript of Florida<br>81 Glendale Avenue<br>Edison, NJ 08817 | pharmacy | | 50,422.26 |
| Progress Energy/Duke Energy<br>PO Box 1004<br>Charlotte, NC 28201-1004 | Progress Energy/Duke Energy<br>PO Box 1004<br>Charlotte, NC 28201-1004 | utilities | | 21,153.63 |
| SBS-Cambridge<br>4512 Farragut Road<br>Brooklyn, NY 11203 | SBS-Cambridge<br>4512 Farragut Road<br>Brooklyn, NY 11203 | nurses compensation | | 941,254.04 |
| Southern SNF Management<br>2870 Stirling Road<br>Suite 101A<br>Hollywood, FL 33020 | Southern SNF Management<br>2870 Stirling Road<br>Suite 101A<br>Hollywood, FL 33020 | consulting fees | | 84,079.82 |
| Tunic Capital LLC<br>2071 Flatbush Ave.<br>Suite 22<br>Brooklyn, NY 11234 | Tunic Capital LLC<br>2071 Flatbush Ave.<br>Suite 22<br>Brooklyn, NY 11234 | Line of Credit | | 305,767.13 |
| Twin Med Inc, LLC<br>11333 Greenstone Ave<br>Santa Fe Springs, CA 90670 | Twin Med Inc, LLC<br>11333 Greenstone Ave<br>Santa Fe Springs, CA 90670 | nursing supplies | | 235,071.00 |
| Wheelchair Transport Service Inc.<br>14561 58th Street N.<br>Clearwater, FL 33773 | Wheelchair Transport Service Inc.<br>14561 58th Street N.<br>Clearwater, FL 33773 | transportation | | 9,433.39 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Bayou Shores SNF LLC**                                    Case No.   **14-09521**
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 5, 2014**              Signature  **/s/ Tzvi Bogomilsky**
                                                    **Tzvi Bogomilsky**
                                                    **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.